UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COREMEDICAL GROUP<br><br>Plaintiff,<br><br>v.<br><br>VINCENT BATZA<br><br>Defendant. | Civil Action No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Fed. R. Civ. P. 81(c) and Local Rule 81.1, Defendant Vincent Batza hereby removes the action captioned *CoreMedical Group v. Vincent Batza*, Docket No. 216-2023-CV-00774, now pending in the New Hampshire Superior Court, Hillsborough County-Northern District, to the United States District Court for the District of New Hampshire. In support of this removal, Defendant states as follows:

1. On or about November 16, 2023, Plaintiff CoreMedical Group filed an action in New Hampshire Superior Court, Hillsborough County, Northern District, against Vincent Batza bearing docket number 216-2023-CV-00774.

2. Copies of all pleadings served on Defendant are attached hereto at Exhibit A**.**

3. In its Complaint, Plaintiff seeks declaratory judgment, damages, as well as temporary, preliminary and permanent injunctive relief. *See* Exhibit A, *Verified Complaint for Preliminary and Permanent Injunctive Relief and Damages*.

4. Plaintiff is a Delaware corporation with a principal place of business in New Hampshire. *See* Exhibit A, *Complaint*, ¶ 8. Defendant an individual residing in Florida. *Id*. at ¶ 9.

5. Plaintiff seeks damages "in an amount to be proven at trial" for Defendant's alleged breach of a non-competition covenant. *Id*. at ¶¶ 86-91. Plaintiff also seeks to enjoin the Defendant from continuing his employment with his current employer (MedPro Healthcare Staffing) who is alleged to be a competitor of the Plaintiff. *Id.* at ¶¶ 83-84.

6. Plaintiff's claims for injunction and damages are premised upon its belief that Defendant has disclosed or will disclose to MedPro confidential information that he received while employed by Plaintiff, including information related to CoreMedical's candidate recruiting processes, *id*. at ¶¶ 40, 44, and vendor and client pricing strategy, *id*. at ¶¶ 42, 49. *See also id*. at ¶¶ 71-72.

7. Upon information and belief, the value of this confidential information more likely than not exceeds $75,000. The value of the damages and injunctive relief sought therefore more likely than not exceeds $75,000. *See PC Connection, Inc. v. Stephen P. Price*, 2015 WL 6554546, *2 (D.N.H. 2015) (explaining that in actions for injunctive relief, "the amount in controversy is measured by the value of the object of the litigation," including "the value of the confidential information endangered by the employee's new association with a competitor.")

8. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 because there is complete diversity of citizenship between Plaintiff and Defendant and the matter in controversy exceeds $75,000.

9. Defendant's Notice is filed within thirty (30) days of service of the Complaint.

10. Pursuant to 28 U.S.C. §1446, a copy of this Notice of Removal is being filed with the New Hampshire Superior Court and served upon the Plaintiff's counsel.

11. Pursuant to Local Rule 81.1, Defendant will file certified or attested to copies of all papers that have been filed in Superior Court.

WHEREFORE, Defendant respectfully requests that the above action now pending against it in the Hillsborough County-Northern District Superior Court in the State of New Hampshire be removed therefrom to this Court.

        Respectfully submitted,

        VINCENT BATZA

        By his attorneys,

        PRETI FLAHERTY, PLLP

Date: December 8, 2023        /s/ *Peter G. Callaghan*
        Peter G. Callaghan, NH Bar #6811
        P.O. Box 1318
        Concord, NH 03302-1318
        (603) 410-1500
        pcallaghan@preti.com

**CERTIFICATE OF SERVICE**

I hereby certify this 8th day of December 2023 I forwarded a copy of the foregoing *Notice of Removal* via email to:

    Christopher H.M. Carter, Esq. (ccarter@hinckleyallen.com)
    Owen Graham, Esq. (ograham@hinckleyallen.com)
    Lisa A. Zaccardelli, Esq. (lzaccardelli@hinckleyallen.com)

        /s/ *Peter G. Callaghan*
        Peter G. Callaghan